THE PEOPLE OF THE STATE OF NEW YORK ex rel. BIELTY REALTY CORPORATION, Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BIELTY REALTY CORPORATION, Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GEORGE FRAZIER, Appellant, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WILLIAM S. SUSSMAN and Another, Respondents, v. SAMUEL KRONSKY and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and dismiss the complaint.

GEORGE E. PRICE, on Behalf of Himself and All Other Stockholders of PHŒNIX SECURITIES CORPORATION, Respondent, v. WALLACE GROVES and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

KEGAN SARKISIAN, Respondent, v. EDWARD J. VOLZ, as President of the International Photo-Engravers Union of North America, an Unincorporated Association, and Another, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted striking the cause from the Trial Term calendar and directing that the trial be held by the court without a jury. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MARINA BROOK, as Administratrix, etc., of PERCY BROOK, Deceased, Appellant, v. LA TOURAINE APARTMENTS, INC., and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting in addition to item 1, items 2 and 3 as demanded, and item 4 to the extent that defendants permitted the windows of the premises to be maintained without any of the necessary and proper equipment and safety devices provided for by Labor Law, section 202, and the rules of the board of standards and appeals, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.